**Proposed Order to Plaintiff's Motion to Seal its Motion for Partial Summary Judgment and Supporting Documents**

**[FILED UNDER SEAL]**