

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Hugh J. Marbury
hugh.marbury@dlapiper.com
T  410.580.4205
F  410.580.3205

November 19, 2009

*ECF Filing*

Honorable William D. Quarles, Jr.
United States District Court Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

      Re:    MetroPCS Wireless, Inc. v. TeleCommunication Systems, Inc.
              Civil Action No. 09-cv-00601

Dear Judge Quarles:

    Counsel for the parties met and conferred in accordance with your November 5, 2009 Scheduling Order and have the following to report:

    **A.**    **Early Settlement ADR Conference**

The Parties do not request any early settlement/ADR conference at this time.

    **B.**    **Magistrate Judge**

There is not unanimous consent to proceed before a United States Magistrate Judge.

    **C.**    **Electronically Stored Information ("ESI")**

    The Parties have conferred and agree that each shall search e-mails for responsive documents.  The Parties do not currently foresee the need for more elaborate ESI discovery.

                            Very truly yours,

/s/ Bruce C. Govett                                       /s/ Hugh J. Marbury

Bruce C. Govett                                                  Hugh J. Marbury
Counsel for MetroPCS Wireless, Inc.               Counsel for TeleCommunication
                                                                      Systems, Inc.

EAST\42618059.1