

DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
www.dlapiper.com

Hugh J. Marbury
hugh.marbury@dlapiper.com
T  410.580.4205
F  410.580.3205

January 21, 2010
*VIA E-MAIL*

Brett C. Govett
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

Re:   MetroPCS Wireless, Inc. v. TeleCommunication Systems, Inc., No. 1:09-cv-00601
      Production of Documents

Dear Brett:

In MetroPCS's responses to TCS's Requests for Production of Documents, served on January 8, 2010, you agreed to produce documents once an appropriate protective order was entered in the case. As you know, we sent you a draft protective order when we served you with our discovery requests on November 27, 2009. Despite sending you a follow-up e-mail regarding the protective order on December 16, 2009, we received no response until the morning of January 8, 2010, the date your discovery responses were due. After minimal negotiation, we filed the final protective order on January 13, 2010.

It is now January 21, and we have not received any of the documents you have agreed to produce. Because you have been in possession of our discovery requests and a draft protective order for nearly two months, you have had ample time to search for documents responsive to our requests. Please advise us when we can expect to receive your document production.

Sincerely,

Hugh J. Marbury

cc:   Matthew H. Kirtland

EAST\42754473.1