

Your Zip Code: 21201





## MetroPCS presents Loopt, free*

### The fastest way to find your friends and map out your life, all from the palm of your hand.

You're going to be hearing a lot about Loopt. It's a social compass that allows you to share your location with anyone on your contact list or AIM Buddy List, and see their locations as well.

#### Loopt Yet?

Say you're going out for the night. Share your location with all your friends within, say, a one mile radius of where you'll be. While you're at it, you might share a description of what you'll be doing, like, "Beverage and Burgers at 9," or "Chillin 'til midnight."

With Loopt it's easy and instant. Just use the Loopt Homescreen Menu to see your friends' real-time locations on detailed maps, or share a picture of the place where you're hanging.

#### Get Loopt

It couldn't be easier to get Loopt and use it. learn more

Case 1:09-cv-00601-WDQ   Document 58-13   Filed 02/09/10   Page 2 of 2

\* See which Rate Plans include Loopt. Also, verify that your phone supports Loopt.

Terms and Conditions