**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **METROPCS WIRELESS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 09-CV-601-WDQ |
| v. ) | |
| ) | |
| **TELECOMMUNICATION SYSTEMS,** ) | |
| **INC. (Anne Arundel County),** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF DISMISSAL

Plaintiff MetroPCS Wireless, Inc. and Defendant TeleCommunication Systems, Inc. ("the Parties") hereby notify this Court that the Parties have settled all of the claims asserted in this case and request that this case be dismissed with prejudice and that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

July 9, 2010                                        Respectfully submitted,

                                           **FULBRIGHT & JAWORSKI L.L.P.**

                                           _/s/_____
                                           Matthew H. Kirtland
(signed by Matthew H. Kirtland with permission of Hugh J. Marbury)
Md. State Bar No. 26089
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone:  202.662.0200
Facsimile:  202.662.4643
E-mail:  mkirtland@fulbright.com

Brett C. Govett
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:  214.855.8000
Facsimile:  214.855.8200
E–mail:  bgovett@fulbright.com

ATTORNEYS FOR PETITIONERS METROPCS COMMUNICATIONS, INC. AND METROPCS WIRELESS, INC.


**DLA PIPER LLP (US)**

    _/s/_____
Hugh J. Marbury (Fed. Bar. No. 24653)
Benjamin D. Schuman (Fed. Bar. No. 28829)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone: 410.580.3000
Facsimile: 410.580.3001

ATTORNEYS FOR RESPONDENT TELECOMMUNICATION SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2010, a true and correct copy of the foregoing instrument was served on counsel of record for Defendant Telecommunication Systems, Inc. via U.S. Mail.

                                                          /s/
                                        Matthew H. Kirtland