IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| METROPCS WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-CV-601-WDQ |
| v. | ) |
| | ) |
| TELECOMMUNICATION SYSTEMS, | ) |
| INC. (Anne Arundel County), | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DISMISSAL

Plaintiff MetroPCS Wireless, Inc. and Defendant TeleCommunication Systems, Inc. ("the Parties") hereby notify this Court that the Parties have settled all of the claims asserted in this case and request that this case be dismissed with prejudice and that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

"APPROVED"

_____
Date

_____
William D. Quarles, Jr.
United States District Judge